# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Angel Cabrera-Gutierrez,<br>a.k.a.: Juan Cabrera-Gutierrez,<br>(A095 282 122)<br>*Defendant* | )<br>)<br>) Case No. 17-9470 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 15, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Angel Cabrera-Gutierrez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about August 17, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 22, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 15, 2017, Juan Angel Cabrera-Gutierrez was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Cabrera-Gutierrez was examined by ICE Officer M. Gloster who determined Cabrera-Gutierrez to be a citizen of Mexico, illegally present in the United States. On that same date, an immigration detainer was lodged with the county jail. On September 22, 2017, Cabrera-Gutierrez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Cabrera-Gutierrez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Angel Cabrera-Gutierrez to be a citizen of Mexico and a previously deported alien. Cabrera-Gutierrez was removed from the United States to Mexico through San Ysidro, California, on or about August 17, 2010, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Cabrera-Gutierrez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

of Homeland Security to return to the United States after his removal. Cabrera-Gutierrez's immigration history was matched to him by electronic fingerprint comparison.

4. On September 22, 2017, Juan Angel Cabrera-Gutierrez was advised of his constitutional rights. Cabrera-Gutierrez freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about September 15, 2017, Juan Angel Cabrera-Gutierrez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico at or near San Ysidro, California, on or about August 17, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 22nd day of September, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge